**HINKLE LAW FIRM LLC**
1617 N. Waterfront Pkwy., Suite 400
Wichita, Kansas 67206-6639
(316) 267-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GERALD WEYER,<br>       Plaintiff,<br><br>v.<br><br>NEW PRIME, INC., a foreign corporation, and<br>THEODORE MEREDITH, a Missouri resident,<br><br>       Defendants. | Case No.: 6:18-CV-01337-EFM-TJJ |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Gerald Weyer by and through his attorneys of record, and Defendants New Prime, Inc. and Theodore Meredith by and through their counsel of record and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) file this Joint Stipulation of Dismissal with Prejudice, notifying the Court that Plaintiff and Defendant hereby stipulate to the dismissal of the above-captioned case with prejudice with each party to bear its own costs and attorneys' fees.

Submitted this 9th day of May, 2019.

THE REMAINDER OF THIS PAGE IS LEFT BLANK INTENTIONALLY

PREPARED BY:

By: /s/ Sean D. Walsh
Sean D. Walsh, Bar Number 25052
E-mail:swalsh@hinklaw.com
HINKLE LAW FIRM LLC
1617 North Parkway, Suite 400
Wichita, Kansas 67206
Telephone:316-267-2000
Facsimile: 316-630-8466
*Attorney for Defendant*


APPROVED BY:

/s/Jay Sizemore
Jay Sizemore, *#20395*
BRAD PISTOTNIK LAW, P.A.
10111 E. 21st St., Suite 204
Wichita, Kansas 67206
(316) 684-4400
(316) 684-4405
*Attorney for Plaintiff*